(104 So. 139)

### Ex parte STATE ex rel. ATTY. GEN.
### (6 Div. 391.)

(Supreme Court of Alabama. April 23, 1925.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., for petitioner.

Bumgardner & Wilson, of Bessemer, opposed.

BOULDIN, J. Petition of the state of Alabama, on the relation of its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Fleming v. State, 20 Ala. App. 481, 104 So. 137.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.